395 A.2d 971

Commonwealth v. Matunda, Appellant.

Argued September 11, 1978. A. Director, with him Lee Mandell, for appellant; D. Loeb, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.